AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Darlene Gentry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-CV-495 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment to be entered in favor of Plaintiff and against Defendant; Reversing the Commissioner's decision that Plaintiff was not disabled, and therefore not entitled to benefits; Remanding the case to the Commissioner under Sentence Four of 42 U.S.C. § 405 (g) for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 3/1/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*